UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MODERN TECHNOLOGIES GROUP, INC. AND ERIC ALPERT, | : | Hon. Joseph H. Rodriguez |
| | : | |
| Plaintiffs, | | Civil Action No. 09-3393 |
| v. | : | |
| TWIN CITY FIRE INSURANCE CO., | : | |
| | | ORDER |
| Defendants. | : | |

These matters having come before the Court on motion of Defendant Twin City Fire Insurance Company for summary judgment [14] as to all of the claims and on motion of Plaintiffs Modern Technologies Group, Inc. and Eric Alpert for partial summary judgment [17] on the issue of coverage; and the Court having considered the written submissions of the parties; and the Court having heard oral argument on the motions on September 21, 2010; and for the reasons expressed on the record that day; and for the reasons set forth in the accompanying Opinion issued on even date,

IT IS on this 30th day of September, 2010 hereby

ORDERED that Defendant's motion for summary judgment [14] is granted; and it is further

ORDERED that Plaintiffs' motion for partial summary judgment [17] is denied; and it is further

ORDERED that this matter be closed.

    /s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
United States District Judge